U.S. Department of the Treasury
Bureau of the Fiscal Service
P.O. Box 1686
Birmingham, AL 35201-1686



01/03/19

## Funds May Be Withheld From Your Social Security Benefit Payment

A debt you owe has been referred to the U.S. Department of the Treasury (Treasury), Bureau of the Fiscal Service, for collection action. The agency you owe is listed below:

U.S. Department of Education

Federal law requires Treasury to withhold up to 15 percent of your monthly Social Security benefit payment because you failed to pay or otherwise resolve this debt.

### How Can I Stop This?

Treasury will withhold up to 15 percent of your monthly Social Security benefit payment beginning no sooner than 02/2019, so you still have time to act. To prevent this collection action, you must contact the agency listed below and meet its requirements:

U.S. Department of Education          800-621-3115
FEDERAL OFFSET UNIT                   8006213115
P.O. BOX 5227
GREENVILLE      TX  75403             Acct Num:

### What Else do I Need To Know?

- Only the agency listed under the "How Can I Stop This?" section can assist you in resolving this debt.

- Treasury may withhold funds from your Social Security benefit payment to collect more than one debt. If you owe more than one debt, Treasury will apply the amount withheld from your payment to each debt in the priority established by federal law.

- Funds will be withheld until the debt is resolved.

- Funds may be withheld from your other federal payments without additional notice.

- Treasury will not withhold funds from your Social Security benefits so that you receive less than $750.00 each month.

- **Student Loan Borrowers with Disabilities:** You can stop this offset if you apply for and receive a Total and Permanent Disability Discharge. Call 1-888-303-7818 to apply. Only if and when the application is approved will this offset stop.

This collection action is administered through the Treasury Offset Program (TOP). If you have questions about this program, please call 1-800-304-3107 or visit our website at www.fiscal.treasury.gov/TOP.

FOR OFFICIAL USE ONLY: EW010918