IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mary Perez, Jazmin Unruh, Claude Reed, Pamela Grace, Daniel Perry, Saibou Sidibe Jacqueline Chretien, Catherine Assanah and Melissa Escudero<br>    Plaintiffs,<br><br> -Against-<br><br>Miguel Cardona, in his capacity as Secretary of the Department of Education; Janet Yellen, in her capacity as Secretary of the Department of Treasury; Coast Professional, Inc.; and Maximus Federal Services, Inc.,<br><br>    Defendants. | Index No. 22-cv-00126<br><br>**Notice of Settlement between Plaintiffs and Defendant Maximus Federal Services, Inc.** |

1. Three Plaintiffs (Claude Reed, Pamela Grace, and Catherine Assanah) have claims against one of the four defendants in this action, Defendant Maximus Federal.

2. Maximus Federal and these three Plaintiffs have reached a settlement.

3. Plaintiffs intend to discontinue this action with prejudice against Defendant Maximus Federal once the terms of settlement are finalized, which should be within 30 days.

Dated: November 16, 2022
Brooklyn, New York

       By: _____/s/_____
         JOHNSON M. TYLER
         SHABNAM FARUKI
         Brooklyn Legal Services
         105 Court Street
         Brooklyn, NY 11201 (718) 237-5500
         Attorneys for Plaintiffs

CC:
Ryan L. DiClemente, Esq.
650 College Road East, Suite 4000
Princeton, New Jersey 08540
E-mail: ryan.diclemente@saul.com
Attorney for Defendant Maximus