# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mary Perez, Jazmin Unruh, Claude Reed, Pamela Grace, Daniel Perry, Saibou Sidibe, Jacqueline Chretien, Catherine Assanah, and Melissa Escudero, <br><br> Plaintiff, <br> v. <br><br> Miguel Cardona, in his capacity as Secretary of the Department of Education; Janet Yellen, in her capacity as Secretary of the Department of Treasury; Coast Professional, Inc.; and Maximus Federal Services, Inc., <br><br> Defendants. | Civil Case No.: 22-cv-00126-FB-VMS <br><br><br> **JOINT STIPULATION TO DISMISS DEFENDANT MAXIMUS FEDERAL SERVICES, INC. FROM THIS ACTION** |

Brooklyn Legal Services, as attorney of record for Plaintiffs Claude Reed, Pamela Grace, and Catherine Assanah states as follows:

1. The above three Plaintiffs have claims against the federal Defendants and Defendant Maximus Federal.

2. The above three Plaintiffs have settled their claims with Defendant Maximus Federal.

3. There being no other outstanding claims against Defendant Maximus Federal by any of the Plaintiffs to this action, this action against Maximus Federal is discontinued with prejudice.

4. Plaintiffs and Defendant Maximus Federal agree that each party bears its own costs.

**JOINT STIPULATION TO DISMISS ACKNOWLEDGED AND AGREED TO BY:**

| | |
|---|---|
| **SAUL EWING ARNSTEIN & LEHR LLP** | **BROOKLYN LEGAL SERVICES** |
| *Attorneys for Defendant Maximus Federal* | *Attorneys for Plaintiffs* |
| _____/s/_____ | _/s/_____ |
| Ryan L. DiClemente, Esq. | Johnson M. Tyler, Esq. |
| 650 College Road East, Suite 4000 | 105 Court Street, |
| Princeton, New Jersey 08540 | Brooklyn, NY 11201 |
| E-mail: ryan.diclemente@saul.com | E-mail: Jtyler@Isnyc.org |
| Dated: December 15, 2022 | Dated: December 15, 2022 |

Dated: __12-15-2022_____, 2022       **APPROVED AND SO ORDERED**:

　　　　　　　　　　　　　　　　　　　　　　/S/  Frederic Block
　　　　　　　　　　　　　　　　　　　　　_____