

U.S. Department of Justice

Civil Division, Federal Programs Branch

Andrew F. Freidah
Lisa Newman
Trial Attorneys

Tel.: (202) 305-0879
Email:   andrew.f.freidah@usdoj.gov
            lisa.n.newman@usdoj.gov

February 15, 2023

**BY ECF**
Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201


The Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:    <u>Perez, et al. v. Miguel Cardona, et al</u>, Civ. No. 1:22-CV-126-FB-VMS (E.D.N.Y.)

Dear Judges Block and Scanlon:

      Pursuant to Judge Block's February 10, 2023 minute order, the undersigned parties provide notice that Defendants intend to proceed on their motion to dismiss. The parties agreed upon the following briefing schedule for the motion, which takes into account pre-planned leave and deadlines for counsel for both Plaintiffs and Defendants:

      Defendants' Motion to Dismiss: **April 14, 2023**
      Plaintiffs' Response: **May 26, 2023**
      Defendants' Reply: **June 23, 2023**


Dated:  February 15, 2023                           Respectfully Submitted,

  */s/ Lisa Newman*
LISA NEWMAN
ANDREW FREIDAH (D.C. Bar No. 1048857)
Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-0879
Email: lisa.n.newman@usdoj.gov
Email: andrew.f.freidah@usdoj.gov

  */s/ Johnson Tyler*
Johnson M. Tyler
Brooklyn Legal Services
Attorney for the Plaintiffs
jtyler@lsnyc.org
862-202-1850