

U.S. Department of Justice

Civil Division, Federal Programs Branch

_____

Andrew F. Freidah       Tel.: (202) 305-0879
Lisa Newman             Email:   andrew.f.freidah@usdoj.gov
Trial Attorneys                  lisa.n.newman@usdoj.gov

March 21, 2023

**BY ECF**
Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201


The Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>Perez, et al. v. Miguel Cardona, et al</u>, Civ. No. 1:22-CV-126-FB-VMS (E.D.N.Y.)

Dear Judges Block and Scanlon:

    Pursuant to Judge Block's February 15, 2023 minute order, the undersigned parties provide notice of their modified briefing schedule:

    Defendants' Motion to Dismiss: **May 19, 2023**
    Plaintiffs' Response: **June 23, 2023**
    Defendants' Reply: **July 21, 2023**


Dated:  March 21, 2023                            Respectfully Submitted,

   /s/ Lisa Newman
LISA NEWMAN
ANDREW FREIDAH (D.C. Bar No. 1048857)
Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-0879
Email: lisa.n.newman@usdoj.gov
Email: andrew.f.freidah@usdoj.gov

   /s/ Johnson Tyler
Johnson M. Tyler
Brooklyn Legal Services
Attorney for the Plaintiffs
jtyler@lsnyc.org
862-202-1850