

U.S. Department of Justice

Civil Division, Federal Programs Branch

---

Andrew F. Freidah  Tel.: (202) 305-0879
Lisa Newman  Email:  andrew.f.freidah@usdoj.gov
Trial Attorneys  lisa.n.newman@usdoj.gov

May 2, 2023

**BY ECF**
Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201


The Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>*Perez, et al. v. Miguel Cardona, et al*, Civ. No. 1:22-CV-126-FB-VMS (E.D.N.Y.)</u>

Dear Judges Block and Scanlon:

    Pursuant to Judge Block's February 15, 2023 minute order, the undersigned parties provide notice of their modified briefing schedule:

    Defendants' Motion to Dismiss: **July 18, 2023**
    Plaintiffs' Response: **August 15, 2023**
    Defendants' Reply: **September 12, 2023**


Dated: May 2, 2023                                Respectfully Submitted,

  /s/ *Lisa Newman*
LISA NEWMAN
ANDREW FREIDAH (D.C. Bar No. 1048857)
Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-0879
Email: lisa.n.newman@usdoj.gov
Email: andrew.f.freidah@usdoj.gov

  /s/ *Shabnam Faruki*
Johnson M. Tyler
Shabnam Faruki
Brooklyn Legal Services
Attorneys for the Plaintiffs
sfaruki@lsnyc.org
718-233-6358